UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GREGORY RAFTERY,<br>Defendant.<br><br>and<br><br>EMPOWER RETIREMENT,<br>MASSACHUSETTS DEFERRED<br>COMPENSATION SMART 457 PLAN,<br>Garnishee. | CASE NO. 1:18-CR-10203-001-WGY |

## ORDER OF GARNISHMENT

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Empower Retirement, is to disburse funds, in an amount sufficient to satisfy the Defendant's outstanding judgment debt of $51,025.37, currently held on behalf of the Defendant, Gregory Raftery, to the Clerk of Court, c/o United States District Court, Clerk's Office, One Courthouse Way, Suite 2300, Boston, MA 02210.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

DATE: October 9, 2019

SO ORDERED:

_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT

